Yvonne PINKNEY, Appellant,

v.

DISTRICT OF COLUMBIA, Appellee.

No. 2664.

Municipal Court of Appeals for the
District of Columbia.

Submitted Dec. 19, 1960.

Decided March 8, 1961.

Joseph M. Bonuso, Washington, D. C.,
for appellant.

Chester H. Gray, Corp. Counsel, Milton
D. Korman, Principal Asst. Corp. Counsel,
Hubert B. Pair and H. Thomas Sisk, Asst.
Corp. Counsels, Washington, D. C., for ap-
pellee.

Before HOOD and QUINN, Associate
Judges, and CAYTON (Chief Judge, Re-
tired) sitting by designation under Code §
11–776(b).

PER CURIAM.

Appellant's chief contention is that the
evidence at trial was insufficient to support
her conviction of being a vagrant in viola-
tion of those parts of D.C.Code, 1951 (Supp.
VIII), § 22–3302, which define a vagrant
as:

"(3) Any person leading an immoral
or profligate life who has no lawful em-
ployment and who has no lawful means
of support realized from a lawful oc-
cupation or source.

\*       \*       \*       \*       \*

"(8) Any person who wanders about
the streets at late or unusual hours of
the night without any visible or lawful
business and not giving a good account
of himself."

Our review of the record convinces us
that the evidence supported a finding of
guilty.

Affirmed.